PER CURIAM.
Affirmed. Helman v. Seaboard Coast Line R. Co., 349 So.2d 1187 (Fla.1977); see Albert v. Miami Transit Co., 154 Fla. 186, 17 So.2d 89 (1944); Commodore Cruise Line, Ltd. v. Kormendi, 344 So.2d 896 (Fla. 3d DCA 1977), cert. denied, 352 So.2d 172 (Fla. 1977); Henderson v. Tarver, 123 So.2d 369 (Fla. 2d DCA 1960); 14 Am.Jur.2d Carriers § 1095 (1964); cf. Forster v. Red Top Sedan Service, Inc., 257 So.2d 95 (Fla. 3d DCA 1972); compare Reina v. Metropolitan Dade County, 285 So.2d 648 (Fla. 3d DCA 1973), cert. discharged, 304 So.2d 101 (Fla.1974).